FILE COPY

RE: Case No. 14-1012                    DATE: 1/16/2015
COA #: 12-14-00215-CV    TC#: 87-11917
STYLE: IN RE MICHAEL KENNEDY

Today the Supreme Court of Texas denied the
petition for writ of injunction in the above-referenced
case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702


FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 2 0 2015
TYLER TEXAS
CATHY S. LUSK, CLERK